1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11      PEDRO LOPEZ GALINDO,                          No. 2:23-cv-00572-TLN-JDP

12                          Petitioner,

13             v.                                     **ORDER**

14      WARDEN,

15                          Respondent.

16

17             This matter is before the Court on pro se Petitioner Pedro Lopez Galindo's ("Petitioner")

18      Motion for Relief from Judgment.[1]  (ECF No. 14.)  Respondent Warden ("Respondent") did not

19      file an opposition.  For the reasons set forth below, the Court DENIES Petitioner's motion.

20      ///

21      ///

22      ///

23      ///

24      ///

25      ///

26      ///

27      _____

28      [1]     As discussed below, the Court construes Petitioner's objections as a motion for relief from
        judgment.

                                                    1

1    A detailed recitation of the factual and procedural history is not necessary for the

2    disposition of Petitioner's motion.  As relevant here, Petitioner is a federal prisoner who filed a

3    petition for a writ of habeas corpus (the "Petition") pursuant to 28 U.S.C. § 2241, requesting the

4    Court order the Federal Bureau of Prisons to apply earned federal time credits under the First Step

5    Act and calculate his release date.  (ECF No. 1.)  Respondent moved to dismiss the Petition for,

6    among other things, lack of subject matter jurisdiction and lack of statutory authority to grant the

7    relief requested.  (ECF No. 9.)  Petitioner did not file an opposition or statement of non-

8    opposition, and on August 8, 2023, the magistrate judge ordered Petitioner to show cause

9    ("OSC") within twenty-one (21) days as to why the Court should not dismiss the Petition for

10   failure to prosecute.  (ECF No. 10.)  Petitioner failed to file a response to the OSC.

11   On October 4, 2023, the magistrate judge made findings and recommended the Court: (1)

12   dismiss the Petition without prejudice for failure to prosecute and failure to comply with court

13   orders; and (2) order the Clerk of Court to close the case ("F&Rs").  (*Id.*)  That same day, the

14   F&Rs were served on Petitioner via U.S. mail, and Petitioner had fourteen (14) days therefrom to

15   object to the F&Rs.  (*Id.*)  Petitioner did not file any objections within the fourteen-day window.

16   (*Id.*)

17   On November 2, 2023, the Court adopted in full the magistrate judge's F&Rs and

18   dismissed the Petition without prejudice.[2]  (ECF No. 12.)  The Court declined to issue a certificate

19   of appealability under 28 U.S.C. § 2253 and ordered the Clerk of Court to close the case.  (*Id.*)

20   The Clerk of Court entered Judgment that same day.  (ECF No. 13.)

21   On November 6, 2023, Petitioner filed "objections" to the F&Rs, seeking an Order from

22   the Court mandating the Federal Bureau of Prisons credit him with 365 days under the First Step

23   Act or, in the alternative, ordering Respondent to show cause why such relief should not be

24   granted.  (ECF No. 14.)  As discussed above, Petitioner's objections to the F&Rs were due

25   fourteen (14) days after service.  Petitioner filed objections more than fourteen days after service

26

27   ---
     [2]    The Court notes its prior Order inadvertently dismissed the Petition *without* prejudice,
     rather than *with* prejudice.  (ECF No. 12.)  The Court hereby CORRECTS its Order (ECF No. 12)

28   pursuant to Federal Rule of Civil Procedure 60(a) to dismiss the Petition *with* prejudice.

2

1   and after the clerk entered Judgment in this case.  Thus, Petitioner's objections are untimely and

2   improper.  Nevertheless, the Court construes Petitioner's objections as a motion for relief from

3   judgment.  *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (court must construe pro se

4   plaintiff's pleadings liberally); *Fair v. Atchley*, No. 2:20-CV-01107-TLN-DB, 2024 WL 2922599,

5   at *1 (E.D. Cal. May 16, 2024) (construing untimely objections to F&Rs as a motion for relief

6   from judgment).

7          On November 20, 2023 — two weeks after Petitioner filed the instant motion —

8   Petitioner filed a Notice of Appeal.  (ECF No. 15.)  Before turning to the merits of Petitioner's

9   motion for relief from judgment, the Court must determine whether it has jurisdiction to proceed

10   in light of Petitioner's appeal.  *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (courts have an

11   independent obligation to determine whether subject-matter jurisdiction exists, even in the

12   absence of a challenge from any party).

13          "The filing of a notice of appeal is an event of jurisdictional significance — it confers

14   jurisdiction on the court of appeals and divests the district court of its control over those aspects

15   of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58

16   (1982).  "This rule is judge-made; its purpose is to promote judicial economy and avoid the

17   confusion that would ensue from having the same issues before two courts simultaneously." *Nat.*

18   *Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001).

19          In the instant case, Petitioner appeals the Court's Order and Judgment dismissing his

20   Petition.  (ECF No. 15.)  Petitioner's pending motion for relief from judgment, by its very nature,

21   also seeks relief from the Court's Order and Judgment dismissing his Petition.  Because

22   Petitioner's motion involves matters that are currently pending before the Ninth Circuit, the Court

23   finds it does not have jurisdiction.

24   ///

25   ///

26   ///

27   ///

28   ///

1    Accordingly, the Court DENIES Petitioner's Motion for Relief from Judgment (ECF No.

2    14) for lack of jurisdiction and CORRECTS its prior Order (ECF No. 12) to dismiss the Petition

3    with prejudice.  No further motions will be considered in this Court related to the Petition unless

4    and until the Ninth Circuit renders its decision.

5          IT IS SO ORDERED.

6    Date:  August 5, 2024

7

8

9                                         _____
                                          Troy L. Nunley
10                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28